**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALEXIS WARREN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7599** |
| **ROSSTRANS AND SERVICES LLC, ET AL.** | **SECTION "R"** |

**Consolidated With**

| | |
|---|---|
| **PAULA WASHINGTON, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7616** |
| **ROSSTRANS AND SERVICES LLC, ET AL.** | **SECTION "R"** |

**This Document
Applies to
18-7616 only**

## ORDER

    The record of this matter reflects that plaintiffs Paula Washington, Byron Charles and Kevisha Washington are no longer represented by counsel, the plaintiffs are hereby ordered to appear personally before the undersigned in the Courtroom of Section "R" located in room C-279, 500 Poydras Street, New Orleans, Louisiana on WEDNESDAY, FEBRUARY 20, 2019 at 10:00 a.m. to discuss the matter of future representation.

    If new counsel has been engaged, personal appearance by such counsel is required in lieu of the personal appearance of the plaintiffs.

    Failure of the plaintiffs to appear, personally or through counsel, could result in

the imposition of the appropriate sanctions, including dismissal of complaint.

The Clerk of Court shall service a copy of this order by Certified Mail, Return

Receipt Requested, addressed to plaintiffs at the address listed below.

**New Orleans, Louisiana, this 8th day of February, 2019.**

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF LOUISIANA**

**Clerk to Notify via Certified**
**Mail Return Receipt Requested:**

**Paula Washington**
3000 Gentilly Blvd., Apt. 344
New Orleans, La 70122

**Byron Charles**
3000 Gentilly Blvd., Apt. 344
New Orleans, La 70122

**Kevisha Washington**
3808 Division St., Apt. A
Metairie, LA 70002