UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEXIS WARREN AND JAMES KELLY | * | CIVIL ACTION NO.: 18-7599 |
| | * | |
| VERSUS | * | DISTRICT JUDGE SARAH S. VANCE |
| | * | |
| ROSSTRANS AND SERVICES, LLC | * | MAGISTRATE JUDGE |
| d/b/a ILC LOGISTICS, GARY BRAIN, | * | DANA DOUGLAS |
| AND BERKSHIRE HATHAWAY | * | |
| HOMESTATE INSURANCE COMPANY | * | JURY TRIAL DEMANDED |

-CONSOLIDATED WITH-

| | | |
|---|---|---|
| PAULA WASHINGTON, BYRON | * | CIVIL ACTION NO.: 18-7616 |
| CHARLES and KEVISHA | * | |
| WASHINGTON | * | |
| | * | DISTRICT JUDGE SARAH S. VANCE |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE |
| ROSSTRANS AND SERVICES, LLC | * | DANA DOUGLAS |
| d/b/a ILC LOGISTICS, GARY BRAIN, | * | |
| AND BERKSHIRE HATHAWAY | * | |
| HOMESTATE INSURANCE COMPANY | * | |
| | * | |
| | * | **This Document applies to 18-7616 only.** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO DISMISS PURSUANT TO RULE 12(b)(5)**

**NOW INTO COURT**, comes Defendant, Berkshire Hathaway Homestate Insurance Company, through undersigned counsel, appearing specially and solely for the purpose of responding to the Complaint (Case No. 18-7616, Doc. 1) filed by Paula Washington, Byron Charles, and Kevisha Washington by filing this motion to dismiss under Rule 12(b)(5) for insufficiency of service of process, without waiving any requirements of service found in the Federal Rules of Civil Procedure, and with full reservation of rights thereof. As outlined in the attached memorandum in support, Plaintiffs, Paula Washington, Byron Charles, and Kevisha

1

Washington, have failed to properly serve their complaint on Berkshire Hathaway Homestate Insurance Company.

**WHEREFORE**, Defendant, Berkshire Hathaway Homestate Insurance Company prays that an Order be issued finding that the service of process on Berkshire Hathaway Homestate Insurance Company was insufficient and dismissing the claims against Berkshire Hathaway Homestate Insurance Company without prejudice.

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By:  *s/ Franklin "Drew" Hoffmann*
      Lottie L. Bash (La. #26186)
      lbash@fairclothlaw.com
      Laura Beth Matthews (La. #33862)
      lmatthews@fairclothlaw.com
      105 Yorktown Drive
      Alexandria, Louisiana 71303
      Phone: (318) 619-7755
      Fax: (318) 619-7744

      Franklin "Drew" Hoffmann (La. #35824)
      dhoffmann@fairclothlaw.com
      Madaline King (La. #38301)
      mking@fairclothlaw.com
      9026 Jefferson Highway
      Building 2, Suite 200
      Baton Rouge, Louisiana 70809
      Phone: (225) 343-9535
      Fax: (225) 343-9538

**ATTORNEYS FOR DEFENDANT,
BERKSHIRE HATHAWAY HOMESTATE
INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 11, 2019, a copy of the foregoing *Motion to Dismiss Pursuant to Rule 12(b)(5)* was filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record. Further, on February 11, 2019, a copy of the foregoing *Motion to Dismiss Pursuant to Rule 12(b)(5)* was also served via Federal Express, next day delivery, to the pro se plaintiffs to their last known address:

Paula Washington
3000 Gentilly Blvd., Apt. 344
New Orleans, La 70122

Byron Charles
3000 Gentilly Blvd., Apt. 344
New Orleans, La 70122

Kevisha Washington
3808 Division St., Apt. A
Metairie, LA 70002

*s/ Franklin "Drew" Hoffmann*
OF COUNSEL