UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | |
| | * | CIVIL ACTION NO.: 18-7599 |
| | * | CONSOLIDATED WITH: 18-7616 |
| ALEXIS WARREN AND JAMES KELLY | * | |
| | * | DISTRICT JUDGE SARAH S. VANCE |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE |
| ROSSTRANS AND SERVICES, LLC | * | DANIEL E. KNOWLES, III |
| d/b/a ILC LOGISTICS, GARY BRAIN, | * | |
| AND BERKSHIRE HATHAWAY | * | JURY TRIAL DEMANDED |
| HOMESTATE INSURANCE COMPANY | * | |
| | * | **This document applies to No. 18-7599.** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST AMENDED ANSWER BY BRIAN GARY, ROSSTRANS AND SERVICES, LLC d/b/a ILC LOGISTICS, AND BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, come defendants, Brian Gary (incorrectly identified as "Gary Brain"), RossTrans and Services, LLC d/b/a ILC Logistics, and Berkshire Hathaway Homestate Insurance Company, who, pursuant to Federal Rule of Civil Procedure 15(a)(2), with the written consent of the opposing parties, desire to amend their original Answers to the Complaint (Case No. 18-7599, Doc. 1) by Alexis Warren and James Kelly as follows:

1.

By amending paragraph "11" of their original Answers to read:

"11.

Except as herein admitted, modified, or otherwise explained, the allegations of paragraph 11 of the Complaint are denied.

1

Further answering, the vehicle being driven by defendant, Brian Gary (incorrectly identified as "Gary Brain"), was owned by Horatiu Cristian Balanean d/b/a C&L Express, LLC."

2.

Defendants, Brian Gary, RossTrans and Services, LLC d/b/a ILC Logistics, and Berkshire Hathaway Homestate Insurance Company, have previously filed Answers to the plaintiffs' Complaint and except as modified by this First Amended Answer, incorporate herein each and every allegation, averment, denial, and affirmative defense set forth therein, including but not limited to a demand for trial by jury, as through set forth herein *in extenso*.

3.

Counsel for the plaintiffs has consented in writing to the filing of this amendment. Accordingly, pursuant to Federal Rule of Civil Procedure 15(a)(2), leave of court is not required.

**WHEREFORE**, defendants, Brian Gary, RossTrans and Services, LLC d/b/a ILC Logistics, and Berkshire Hathaway Homestate Insurance Company, pray that this First Amended Answer be deemed good and sufficient, and that after due proceedings have been had in a trial by jury as to all issues, there be judgment herein in favor of these defendants, rejecting plaintiffs' demands at plaintiffs' costs, with prejudice.

    Respectfully submitted,

    **FAIRCLOTH MELTON SOBEL & BASH, LLC**

    By: *s/ Franklin "Drew" Hoffmann*
        Lottie L. Bash (La. #26186)
        lbash@fairclothlaw.com
        Laura Beth Matthews (La. #33862)
        lmatthews@fairclothlaw.com
        Franklin "Drew" Hoffmann (La. #35824)
        dhoffmann@fairclothlaw.com
        105 Yorktown Drive

Alexandria, Louisiana 71303
Phone: (318) 619-7755
Fax: (318) 619-7744

**ATTORNEYS FOR DEFENDANTS, BRIAN GARY, ROSSTRANS AND SERVICES, LLC d/b/a ILC LOGISTICS, and BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 15, 2019, a copy of the foregoing *First Amended Answer by Brian Gary, Rosstrans and Services, LLC d/b/a ILC Logistics, and Berkshire Hathaway Homestate Insurance Company* was filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

*s/ Franklin "Drew" Hoffmann*
OF COUNSEL