UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALEXIS WARREN AND JAMES KELLY | CIVIL ACTION NO.: 18-7599 |
| | CONSOLIDATED WITH: 18-7616 |
| VERSUS | |
| | DISTRICT JUDGE WENDY B. VITTER |
| ROSSTRANS AND SERVICES, LLC d/b/a ILC LOGISTICS, GARY BRAIN, AND BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| | JURY TRIAL DEMANDED |
| | **This document applies to No. 18-7616.** |

## MOTION TO DISMISS PURSUANT TO RULE 41(B)

**NOW INTO COURT**, through undersigned counsel, come Defendants, Brian Gary, RossTrans and Services, LLC d/b/a ILC Logistics, and Berkshire Hathaway Homestate Insurance Company, appearing specially and solely for the purpose of filing this motion to dismiss under Rule 41(b) for Plaintiffs'[1] failure to comply with this Court's May 6, 2019 Order and Reasons (Doc. 46), without waiving any requirements of service found in the Federal Rules of Civil Procedure, and with full reservation of rights thereof.

As outlined in the attached memorandum in support, Plaintiffs, Paula Washington, Byron Charles, and Kevisha Washington, have failed to properly serve their complaint on Brian Gary (incorrectly identified as "Gary Brain"), Rosstrans and Services, LLC, and Berkshire Hathaway Homestate Insurance Company and have failed to comply with the Court's May 6, 2019 Order that

---

[1] This Motion only applies to the claims asserted by Paula Washington, Byron Charles, and Kevisha Washington.

1

"Plaintiffs must serve process on defendants and file a proof of service into the record within 30 days of this Order." Doc. 46 at p. 9.

    **WHEREFORE**, Defendants, Brian Gary, Rosstrans and Services, LLC, and Berkshire Hathaway Homestate Insurance Company pray that all claims asserted by Paula Washington, Byron Charles, and Kevisha Washington against Brian Gary (incorrectly identified as "Gary Brain"), Rosstrans and Services, LLC, and Berkshire Hathaway Homestate Insurance Company be dismissed with prejudice.

    Respectfully submitted,

    **FAIRCLOTH MELTON SOBEL & BASH, LLC**

    By: _s/ Madaline King_
        Lottie L. Bash (La. #26186)
        lbash@fairclothlaw.com
        Laura Beth Matthews (La. #33862)
        lmatthews@fairclothlaw.com
        105 Yorktown Drive
        Alexandria, Louisiana 71303
        Phone: (318) 619-7755
        Fax: (318) 619-7744

        Franklin "Drew" Hoffmann (La. #35824)
        dhoffmann@fairclothlaw.com
        Madaline King (La. #38301)
        mking@fairclothlaw.com
        9026 Jefferson Highway
        Building 2, Suite 200
        Baton Rouge, Louisiana 70809
        Phone: (225) 343-9535
        Fax: (225) 343-9538

    **ATTORNEYS FOR DEFENDANTS, BRIAN GARY, ROSSTRANS AND SERVICES, LLC d/b/a ILC LOGISTICS, and BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 21, 2019, a copy of the foregoing *Motion to Dismiss Pursuant to Rule 41(b)* was filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

                                              *s/ Madaline King*
                                              OF COUNSEL