# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALEXIS WARREN & <br> JAMES KELLY | * <br> * <br> * <br> * | CIVIL ACTION NO.: 18-7599 <br> c/w 18-7616 |
| VERSUS | * <br> * | JUDGE: VITTER |
| ROSSTRANS AND SERVICES, d/b/a ILC LOGISTICS, GARY BRAIN AND BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY | * <br> * <br> * <br> * | MAGISTRATE: DOUGLAS |

**********************************************************************

## PLAINTIFFS PAULA WASHINGTON, BYRON CHARLES AND KEVISHA WASHINGTON REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1 Plaintiffs Paula Washington, Byron Charles and Kevisha Washington respectfully request oral argument on Defendants Brian Gary, Ross Trans and Services LLC d/b/a ILC Logistics and Berkshire Hathaway Homestate Insurance Company's Motion to Dismiss Pursuant to Rule 41(B).

Local Rule 78.1 further provides that "oral argument will be permitted in such cases without further order of the court, unless the court advises the parties, as soon as practicable, that the request for oral argument is denied."

**WHEREFORE,** Plaintiff respectfully request that the Court permit oral argument on Defendants Motion to Dismiss Pursuant to Rule 41(B).

Respectfully submitted:

QUINN ALSTERBERG, LLC

*s:// Justin E. Alsterberg*
JULIE QUINN (#21923)
JUSTIN E. ALSTERBERG (#31015)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 522-5607
Facsimile: (504) 302-9360

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 17th day of July, 2019, I filed a copy of the instant pleading with the Court's CMECF system, which will serve a copy on all counsel of record.

*s:// Justin E. Alsterberg*