UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEXIS WARREN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-7599** |
| **ROSSTRANS AND SERVICES, LLC d/b/a ILC LOGISTICS, ET AL.** | **SECTION D(3)** |

# ORDER

Before the Court are *Ex Parte* Motion to Withdraw as Counsel of Record (R. Doc. 50), *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Dismiss (R. Doc. 55), and *Ex Parte* Motion for Extension of Time to Answer Complaint (R. Doc. 60),

IT IS HEREBY ORDERED that the *Ex Parte* Motion to Withdraw as Counsel of Record (R. Doc. 50). Jason M. Baer, Casey C. DeReus, Joshua A. Stein, and Baer Law, LLC are hereby withdrawn as counsel of record for Plaintiffs Alexis Warren and James Kelly. Vanessa Motta and Motta Law Firm, LLC will remain as counsel of record for said plaintiffs.

IT IS FURTHER ORDERED that *Ex Parte* Motion for Leave to File Reply Memorandum in Support of Defendants' Motion to Dismiss (R. Doc. 55) is GRANTED.

IT IS FURTHER ORDERED that *Ex Parte* Motion for Extension of Time to Answer Complaint (R. Doc. 60) is GRANTED.

New Orleans, Louisiana, this the 19th day of August, 2019.

*Wendy B Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**