UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ALEXIS WARREN AND JAMES KELLY | CIVIL ACTION NO.: 18-7599 |
|  | CONSOLIDATED WITH: 18-7616 |
| VERSUS | DISTRICT JUDGE WENDY B. VITTER |
| ROSSTRANS AND SERVICES, LLC d/b/a ILC LOGISTICS, GARY BRAIN, AND BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
|  | JURY TRIAL DEMANDED |
|  | **This document applies to No. 18-7616.** |

## REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

*MAY IT PLEASE THE COURT:*

Brian Gary, Rosstrans and Services, LLC, and Berkshire Hathaway Homestate Insurance Company respectfully submit this Reply Memorandum in Support of Defendants' Motion to Dismiss (Doc. 48) and in response to the Opposition (Doc. 53) filed by Plaintiffs, Paula Washington, Byron Charles, and Kevisha Washington (the "Washington Plaintiffs").

The Washington Plaintiffs either misunderstand or misrepresent the issues raised in Defendants' original Motions to Dismiss (Doc. 22 and 23) and currently pending Motion to Dismiss under Rule 41(b) (Doc. 48). As recognized by this Court in its Order and Reasons issued on May 6, 2019 (Doc. 46), the purported service on Berkshire Hathaway Homestate Insurance Company <u>through registered mail</u> to the Louisiana Secretary of State is not proper. Service on a foreign insurer through the Louisiana Secretary of State is permissible under La. R.S. 13:3472, but this statute explicitly requires that service be made "personally." Personal service is effective "when a proper officer tenders the citation or other process to the person to be served." La. Code

1

Civ. P. art. 1232. Defendants never suggested that the Washington Plaintiffs' complaint must be hand-delivered to Louisiana Secretary of State Kyle Ardoin himself. The law is clear that service may be made personally on the assistant secretary of state, or on some other individual in the office of the secretary of state designated to receive service of process in his absence. La. R.S. 13:3472. However, registered mail does not constitute personal service.

Although the Washington Plaintiffs have now filed an Affidavit of Service (Doc. 52) purportedly evidencing proper service on these Defendants, the Affidavit was filed over a month after the deadline of June 5, 2019 set by this Court. The Washington Plaintiffs' late-filed Affidavit of Service should not operate to cure their failure to comply with this Court's clear order. The Washington Plaintiffs' Complaint was filed on August 10, 2018, and this Court has already issued two Orders regarding the Washington Plaintiffs' insufficient service on these Defendants. *See* Case No. 18-7616, Doc. 1, Doc. 5; Doc. 46. The Washington Plaintiffs failed to properly perfect service on these Defendants for nearly a year and blatantly disregarded this Court's May 6, 2019 Order (Doc. 46). Importantly, although the Washington Plaintiffs were unrepresented from January 15 to March 15, 2019, they have had counsel enrolled since well before this Court's Order and Reasons issued on May 6, 2019 (Doc. 46), yet their failure to comply with this Court's Order is unexplained.

Accordingly, all claims asserted by Paula Washington, Byron Charles, and Kevisha Washington against Brian Gary, Rosstrans and Services, LLC, and Berkshire Hathaway Homestate Insurance Company should be dismissed with prejudice. These Plaintiffs have been given more than ample warning and opportunity to properly serve these Defendants. Dismissal under Rule 41(b) is appropriate.

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By: *s/ Franklin "Drew" Hoffmann*
    Lottie L. Bash (La. #26186)
    lbash@fairclothlaw.com
    Laura Beth Matthews (La. #33862)
    lmatthews@fairclothlaw.com
    105 Yorktown Drive
    Alexandria, Louisiana 71303
    Phone: (318) 619-7755
    Fax: (318) 619-7744

    Franklin "Drew" Hoffmann (La. #35824)
    dhoffmann@fairclothlaw.com
    Madaline King (La. #38301)
    mking@fairclothlaw.com
    9026 Jefferson Highway
    Building 2, Suite 200
    Baton Rouge, Louisiana 70809
    Phone: (225) 343-9535
    Fax: (225) 343-9538

**ATTORNEYS FOR DEFENDANTS, BRIAN GARY, ROSSTRANS AND SERVICES, LLC d/b/a ILC LOGISTICS, and BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 15, 2019, a copy of the foregoing *Reply Memorandum in Support of Defendants' Motion to Dismiss* was filed electronically with the Clerk of Court using the CM/ECF system, which will deliver notice of this filing to all counsel of record.

*s/ Franklin "Drew" Hoffmann*
OF COUNSEL